452 A.2d 1081

Toren, Appellant v. Toren.

Argued November 5, 1981. Boyd A. England, for appellant; Robert A. Naragon, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the lower court is affirmed.

452 A.2d 1081

Woodall, Appellant v. Westinghouse Electric Corp.

Argued December 7, 1981. John E. Kusturiss, Jr., for appellant; Ira P. Tiger, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Order affirmed.